```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                    CASE NO. 04 B 22182
    ABRAHAM SMITH
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-0771


------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 06/09/2004 and was confirmed 08/16/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  14.93% from remaining funds.

    The case was paid in full 10/07/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICREDIT FINANCIAL SV | SECURED | 21000.00 | 2505.91 | 21000.00 |
| AMERICREDIT FINANCIAL SV | UNSECURED | 7325.20 | .00 | 1093.87 |
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| FORD MOTOR CREDIT | SECURED | 10000.00 | 2304.47 | 10000.00 |
| FORD MOTOR CREDIT | UNSECURED OTH | 6396.70 | .00 | 955.28 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| ZALUTSKY & PINSKI LTD | REIMBURSEMENT | 194.00 | .00 | 194.00 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 2,546.47 |
| DEBTOR REFUND | REFUND | | | 706.81 |

            Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 44,006.81 | |
| PRIORITY | | 194.00 |
| SECURED | | 31,000.00 |
| INTEREST | | 4,810.38 |
| UNSECURED | | 2,049.15 |
| ADMINISTRATIVE | | 2,700.00 |
| TRUSTEE COMPENSATION | | 2,546.47 |
| DEBTOR REFUND | | 706.81 |
| | --------------- | --------------- |
| TOTALS | 44,006.81 | 44,006.81 |

            PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 22182 ABRAHAM SMITH

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/27/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE